UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SODHI SINGH,
Petitioner,

v.

CHRISTOPHER LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-5000-CAB-BJW

**ORDER:**
**(1) SUMMARILY DISMISSING PETITION; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 2]**

Petitioner Sodhi Singh has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Upon review, the Court notes that this is Petitioner's fourth petition since his detention on December 13, 2024. *See* Case Nos. 3:26-cv-00913-CAB-BJW, 3:26-cv-02186-AGS-VET, 3:26-cv-03797-CAB-BJW.

///

///

///

///

///

///

///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that were not raised in his three previously decided petitions. Therefore, the Court **DISMISSES** this Petition and **DENIES** the motion for temporary restraining order. [Doc. No. 2.]

It is **SO ORDERED**.

Dated: September 8, 2026

Hon. Cathy Ann Bencivengo
United States District Judge